## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PETER HALIKIAS,

        Petitioner

    v.

WORKERS' COMPENSATION APPEAL
BOARD (COLONIAL MARBLE AND
GRANITE),

        Respondent

: No. 70 EAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.